# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

| | |
|---|---|
| KENYA ROSHAY GREEN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CV417-085 |
| | ) |
| JIMMIE MCDUFFIE, CHRISTINA CLARK, *et al*. | ) |
| | ) |
| Defendants. | ) |

## REPORT AND RECOMMENDATION

This Court granted plaintiff Kenya Roshay Green permission to proceed *in forma pauperis* in her 42 U.S.C. § 1983 action, and ordered her to complete and return copies of her Prisoner Trust Fund Account Statement and Consent to Collection of Fees from Trust Account forms. Doc. 3. That order was served upon Green but has come back as undeliverable, with no forwarding address. Doc. 4. Per S.D. Ga. L. R. 11.1, it was her continuing duty to keep the Court apprised of her current address. Without it, the Court cannot move this case forward or even communicate with her.

A court has the power to prune from its docket those cases that amount to no more than mere deadwood. Accordingly, Kenya Roshay Green's § 1983 complaint should be **DISMISSED** without prejudice for her failure to prosecute this action. S.D. Ga. L. R. 41(b); *see Link v. Wabash R.R. Co.*, 370 U.S. 626, 630-31 (1962) (courts have the inherent authority to dismiss claims for lack of prosecution); *Mingo v. Sugar Cane Growers Co-op*, 864 F.2d 101, 102 (11th Cir. 1989).

This Report and Recommendation (R&R) is submitted to the district judge assigned to this action, pursuant to 28 U.S.C. § 636(b)(1)(B) and this Court's Local Rule 72.3. Within 14 days of service, any party may file written objections to this R&R with the Court and serve a copy on all parties. The document should be captioned "Objections to Magistrate Judge's Report and Recommendations." Any request for additional time to file objections should be filed with the Clerk for consideration by the assigned district judge.

After the objections period has ended, the Clerk shall submit this R&R together with any objections to the assigned district judge. The district judge will review the magistrate judge's findings and recommendations pursuant to 28 U.S.C. § 636(b)(1)(C). The parties are

advised that failure to timely file objections will result in the waiver of rights on appeal. 11th Cir. R. 3-1; *see Symonett v. V.A. Leasing Corp.*, 648 F. App'x 787, 790 (11th Cir. 2016); *Mitchell v. U.S.*, 612 F. App'x 542, 545 (11th Cir. 2015).

**SO REPORTED AND RECOMMENDED**, this __30th__ day of May, 2017.

*/s/ G.R. Smith*
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA