# United States District Court
# for the Southern District of Georgia
# Savannah Division

FILED
U.S. DISTRICT COURT
BRUNSWICK DIV.

2017 JUL 11 A 10: 25

CLERK
SO. DIST. OF GA.

| | |
|---|---|
| KENYA ROSHAY GREEN, | ) |
| Plaintiff, | ) |
| v. | ) CV417-085 |
| JIMMIE McDUFFIE, et al., | ) |
| Defendant. | ) |

## ORDER

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, dkt. no. 5, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is **ADOPTED** as the opinion of the Court.

**SO ORDERED** this 11 day of July, 2017.

HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)